# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| LISA COPNEY, AS ADMINISTRATIX OF THE ESTATE OF LAWRENCE COPNEY JR., | : | No. 175 WAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| EDWARD MA, M.D., UPMC ST. MARGARET, AND UPMC, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.